BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY GUTIERREZ,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br>ALFREDO SALGADO AND DOES 1<br>THROUGH 30,<br><br>　　　Defendants. | 1:09-cv-01571-SMS<br><br>**STIPULATION AND ORDER REGARDING CASE SCHEDULE** |

　　The parties to this action hereby stipulate and request that the Court enter an order modifying the case schedule, or in the alternative setting a further scheduling conference, due to unforeseen delays in the diagnosis and treatment of Plaintiff's claimed injuries.

　　This case arises from an October 2007 accident in which Plaintiff's vehicle was struck from behind by a vehicle driven by a United States Navy employee. Plaintiff alleges that as a result of the accident, he sustained injuries including a herniated disk. At the time of the initial scheduling conference in this case on December 17, 2009, Plaintiff had undergone

1 surgery for the herniated disk, and it appeared that his
2 condition was stationary.  However, during the months since the
3 scheduling conference complications have arisen, and Plaintiff's
4 further course of treatment and long-term prognosis are not yet
5 clear.  Additional medical evaluations are now scheduled.
6 Counsel have conferred and agree that under the current case
7 schedule, discovery will close before Plaintiff's condition is
8 sufficiently clear, and this will present a serious impediment to
9 resolving the case or adequately preparing the case for trial.
10     Accordingly, the parties request that the case schedule be
11 modified as follows in the interest of justice.  In the
12 alternative, the parties request that the Court set the matter
13 for a further a scheduling conference at a time convenient to the
14 Court.

| Event | Current Date | **Proposed Date** |
|---|---|---|
| Plaintiff's expert disclosure deadline | 7/19/10 | **1/19/11** |
| Defendants' expert disclosure deadline | 8/19/10 | **2/21/11** |
| Supplemental expert disclosure deadline | 9/17/10 | **3/18/11** |
| Discovery deadlines | 10/15/10 (expert) | **4/15/11 (non-expert)** |
| | 11/19/10 (non-expert) | **5/19/11 (expert)** |

| | | |
|---|---|---|
| Non-Dispositive motion filing deadline | 11/19/10 | **5/19/11** |
| Dispositive motion filing deadline | 12/10/10 | **6/6/11** |
| Pretrial Conference | 2/6/11 10:30 a.m. | **8/10/11 10:30 a.m. before Judge Snyder** |
| Bench Trial | 4/4/11 9:00 a.m. | **10/3/11 9:00 a.m. before Judge Snyder** |

RESPECTFULLY SUBMITTED,

Dated: August 11, 2010         BENJAMIN B. WAGNER
                               United States Attorney

                         By:   /s/ Benjamin E. Hall
                               BENJAMIN E. HALL
                               Assistant U.S. Attorney
                               Attorneys for Defendant
                               United States of America

Dated: August 11, 2010         LAW OFFICES OF PAUL M. SMITH, II

                               [Authorized 8/9/10]

                         By:   /s/ Paul M. Smith, II
                               PAUL M. SMITH, II
                               Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the case schedule is modified as set forth above.

IT IS SO ORDERED.

**Dated:   August 12, 2010**              /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING CASE SCHEDULE