```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANNY GUTIERREZ, | ) | 1:09-cv-01571-SMS |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR PHYSICAL EXAMINATION OF PLAINTIFF, DANNY GUTIERREZ** |
| vs. | ) | |
| UNITED STATES OF AMERICA, ALFREDO SALGADO AND DOES 1 THROUGH 30, | ) | |
| Defendants. | ) | |

The parties to this action hereby stipulate and agree as follows:

1.  A controversy exists regarding the physical condition of Plaintiff, DANNY GUTIERREZ, and good cause exists for a physical examination of Plaintiff.

2.  A physical examination of Plaintiff will be conducted by Kurt V. Miller, M.D., a licensed physician with a specialty in neurology. The examination will take place on January 17, 2011, at 12:45 p.m. at the offices of Dr. Miller, located at 1660 East Herndon Avenue, Suite 150, Fresno, California 93720 (phone: (559) 431-8500).

3. The examination will be conducted for the purpose of determining the nature and extent of Plaintiff's physical injuries and the relationship thereof to the accident which is the subject of this litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the accident in question, and physical examination and evaluation. The parties may audio record the examination.

4. Any paperwork proposed to be completed by Plaintiff will be provided to Plaintiff's counsel at least two weeks prior to the examination.

5. Defendant, United States of America, will bear the cost of the examination.

6. Counsel for Defendant shall promptly serve upon counsel for Plaintiff a copy of the examining physician's report.

RESPECTFULLY SUBMITTED,

Dated: December 14, 2010                BENJAMIN B. WAGNER
                                        United States Attorney

                                By:  /s/ Benjamin E. Hall
                                     BENJAMIN E. HALL
                                     Assistant U.S. Attorney
                                     Attorneys for Defendant
                                     United States of America

Dated: December 14, 2010                LAW OFFICES OF PAUL M. SMITH, II

                                        [Authorized 12/10/10]

                                By:  /s/ Paul M. Smith, II
                                     PAUL M. SMITH, II
                                     Attorneys for Plaintiff

**ORDER**

IT IS SO ORDERED.

**Dated:   December 15, 2010**            _____**/s/ Sandra M. Snyder**_____
                                              UNITED STATES MAGISTRATE JUDGE