```
BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY GUTIERREZ, | 1:09-cv-01571-SMS |
| Plaintiff, | **STIPULATION AND ORDER REGARDING CASE SCHEDULE** |
| vs. | |
| UNITED STATES OF AMERICA, ALFREDO SALGADO AND DOES 1 THROUGH 30, | |
| Defendants. | |

The parties to this action hereby stipulate and request that the Court enter an order vacating the pretrial conference and trial dates and setting a further scheduling conference for October 3, 2011. The parties represent that good cause exists for this modification of the case schedule, on the following grounds:

1. This case arises out of an October 2007 accident in which Plaintiff's vehicle was struck from behind by a vehicle driven by a United States Navy employee. Plaintiff filed suit in this Court in September 2009, alleging that as a result of the

1  negligence of the Navy employee, Plaintiff sustained injuries
2  including a herniated disk.
3      2.   At the time of the initial scheduling conference on
4  December 17, 2009, Plaintiff had undergone surgery for the
5  herniated disk.  The surgery appeared to have been successful,
6  and it appeared that Plaintiff's condition was stationary.  The
7  case was set for trial on April 4, 2011.
8      3.   During the months following the initial scheduling
9  conference, Plaintiff's medical condition became considerably
10 more complicated.  Plaintiff sought and received further
11 evaluation and treatment for low back and leg pain.  By August
12 2010, it became clear to the parties that the existing case
13 schedule was unworkable, given that Plaintiff continued to
14 undergo medical evaluation and treatment.  The parties lodged a
15 stipulation and proposed order (Doc. 13) to modify the case
16 schedule, based upon the parties' best estimates at the time.
17 The Court entered an order (Doc. 14) adopting the proposed
18 modified case schedule, setting the pretrial conference for
19 August 10, 2011, and a bench trial for October 3, 2011.
20     4.   Plaintiff continued to receive medical evaluations and
21 treatment during the ensuing months, and on December 14, 2010,
22 the parties entered into a stipulation (Doc. 15) for a physical
23 examination of Plaintiff by Kurt V. Miller, M.D.  In late March
24 2011, the parties received Dr. Miller's report, which raised a
25 new medical issue:  possible hip joint pathology.  Pursuant to
26 Dr. Miller's report, Plaintiff has recently undergone further
27 diagnostic testing, including radiology of the pelvis and hip
28 joints and a CT left hip arthrogram completed in late June 2011.

1    5.   The development of the hip pathology issue was
2 unforeseeable to the parties when the current case schedule was
3 adopted.  The parties require time for further evaluation of the
4 hip pathology issue by medical professionals before they can
5 adequately evaluate the case for settlement purposes or prepare
6 for trial.  Accordingly, in the interest of justice, the parties
7 request that the current dates be vacated and that a further
8 scheduling conference be set for October 3, 2011, at 10 a.m.

```
                                        RESPECTFULLY SUBMITTED,

Dated: July 26, 2011                    BENJAMIN B. WAGNER
                                        United States Attorney


                                By:     /s/ Benjamin E. Hall
                                        BENJAMIN E. HALL
                                        Assistant U.S. Attorney
                                        Attorneys for Defendant
                                        United States of America

Dated: July 26, 2011                    LAW OFFICES OF PAUL M. SMITH,
                                        II

                                        [Authorized 7/26/11]

                                By:     /s/ Paul M. Smith, II
                                        PAUL M. SMITH, II
                                        Attorneys for Plaintiff
```

**ORDER**

IT IS HEREBY ORDERED that the Pretrial Conference of August 10, 2011 and Court Trial of October 3, 2011 are **Vacated.** This matter is set for **Further Scheduling Conference on Thursday, October 6, 2011, at 10:00 a.m. before Judge Michael J. Seng in Fresno Courtroom 6.** A JOINT Scheduling Conference Report or Joint Status Report shall be filed by the parties **one (1) full week prior to the hearing date, and shall be e-mailed, in WordPerfect or Word format, to mjsorders@caed.uscourts.gov**.

IT IS SO ORDERED.

Dated:  July 27, 2011                          /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE