1  BENJAMIN B. WAGNER
   United States Attorney
2  BENJAMIN E. HALL (SBN 219924)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendant
   United States of America

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 DANNY GUTIERREZ,              )   1:09-cv-01571-MJS
                                 )
12                               )   **STIPULATION AND ORDER TO VACATE**
            Plaintiff,           )   **SETTLEMENT CONFERENCE AND SET**
13                               )   **FURTHER STATUS CONFERENCE**
                                 )
14     vs.                       )   **STATUS CONFERENCE 10:00 AM**
                                 )   **MARCH 30, 2012**
15                               )
   UNITED STATES OF AMERICA,     )
16 ALFREDO SALGADO AND DOES 1    )
   THROUGH 30,                   )
17                               )
                                 )
18          Defendants.          )
                                 )
19

20      The parties to this action hereby stipulate and request that

21 the Court enter an order (1) vacating the settlement conference

22 set for March 22, 2012, and (2) setting a further status

23 conference with the Court, preferably during the week of March

24 26.  The parties agree that this case is amenable to resolution

25 by settlement but that due to delays in receiving necessary

26 information from third parties, the case will not be ready for

27 settlement conference by the scheduled date.  The parties also

28

                                   1

request an opportunity to discuss with the Court adjustments to the remaining case schedule.

```
                                    RESPECTFULLY SUBMITTED,

Dated: March 15, 2012               BENJAMIN B. WAGNER
                                    United States Attorney


                               By:  /s/ Benjamin E. Hall
                                    BENJAMIN E. HALL
                                    Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    United States of America

Dated: March 15, 2012               LAW OFFICES OF
                                    PAUL M. SMITH, II

                                    [Authorized 3/15/12]

                               By:  /s/ Paul M. Smith, II
                                    PAUL M. SMITH, II
                                    Attorneys for Plaintiff
```

**ORDER**

IT IS HEREBY ORDERED that the settlement conference scheduled for March 22, 2012, is vacated.

IT IS FURTHER ORDERED that a further status conference be held in this matter **March 30, 2012, at 10:00 a.m.** in Courtroom 6, Fresno.

IT IS SO ORDERED.

Dated:   March 16, 2012            /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE