BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY GUTIERREZ, | 1:09-cv-01571-MJS |
| Plaintiff, | **STIPULATION AND ORDER TO VACATE SETTLEMENT CONFERENCE AND SET FURTHER STATUS CONFERENCE** |
| vs. | **STATUS CONFERENCE 10:00 AM MARCH 30, 2012** |
| UNITED STATES OF AMERICA, ALFREDO SALGADO AND DOES 1 THROUGH 30, | |
| Defendants. | |

The parties to this action hereby stipulate and request that the Court enter an order (1) vacating the settlement conference set for March 22, 2012, and (2) setting a further status conference with the Court, preferably during the week of March 26. The parties agree that this case is amenable to resolution by settlement but that due to delays in receiving necessary information from third parties, the case will not be ready for settlement conference by the scheduled date. The parties also

1

request an opportunity to discuss with the Court adjustments to the remaining case schedule.

RESPECTFULLY SUBMITTED,

Dated: March 15, 2012         BENJAMIN B. WAGNER
                              United States Attorney


                         By:  /s/ Benjamin E. Hall
                              BENJAMIN E. HALL
                              Assistant U.S. Attorney
                              Attorneys for Defendant
                              United States of America

Dated: March 15, 2012         LAW OFFICES OF
                              PAUL M. SMITH, II

                              [Authorized 3/15/12]

                         By:  /s/ Paul M. Smith, II
                              PAUL M. SMITH, II
                              Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that the settlement conference scheduled for March 22, 2012, is vacated.

IT IS FURTHER ORDERED that a further status conference be held in this matter **March 30, 2012, at 10:00 a.m.** in Courtroom 6, Fresno.

IT IS SO ORDERED.

Dated:   March 16, 2012              /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE