BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendant
United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DANNY GUTIERREZ, | ) | 1:09-cv-01571-MJS |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO EXTEND TIME FOR FILING DISPOSITIONAL DOCUMENTS** |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, ALFREDO SALGADO AND DOES 1 THROUGH 30, | ) | |
| | ) | |
| Defendants. | ) | |

   Pursuant to Local Rule 160(b), the parties to this action hereby stipulate and request that the Court order an extension of time for the filing of dispositional documents in this settled Federal Tort Claims Act case. Upon reaching their agreement the parties promptly prepared and signed a written settlement agreement, and counsel for the United States submitted all required documents to the Judgment Fund on October 10, 2012, in order to request payment of the settlement amount.  As of this date, however, the Judgment Fund has not processed the request for payment.  The parties therefore request that the Court extend the deadline for dismissing this action to December 6, 2012.

Once Plaintiff's counsel receives the settlement funds, the parties will promptly file a dismissal of this action with prejudice.

RESPECTFULLY SUBMITTED,

Dated: November 8, 2012         BENJAMIN B. WAGNER
                                United States Attorney

                        By:  /s/ Benjamin E. Hall
                             BENJAMIN E. HALL
                             Assistant U.S. Attorney
                             Attorneys for Defendant
                             United States of America

Dated: November 8, 2012         LAW OFFICES OF
                                PAUL M. SMITH, II

                                [Authorized 11/8/12]

                        By:  /s/ Paul M. Smith, II
                             PAUL M. SMITH, II
                             Attorneys for Plaintiff

### ORDER

Good cause shown, the Court hereby ORDERS the parties, no later than December 6, 2012, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.

IT IS SO ORDERED.

Dated:   November 10, 2012         /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE