IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY GUTIERREZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA, ALFREDO SALGADO AND DOES 1 THROUGH 30,<br><br>　　　　Defendant.<br>_____/ | CASE NO. CV F 09-1571 MJS<br><br>**ORDER TO DISMISS AND TO CLOSE ACTION**<br>(Doc. 36.) |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters;
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   March 4, 2013           /s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1